| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 06-CR-108-03-JD |
|---|---|---|
| **TRANSFER OF JURISDICTION** 07 CRIM | | DOCKET NUMBER *(Rec. Court)* 641 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Leonard Warren 815 Pelham Parkway, Apt. 1A Bronx, NY 10467 | DISTRICT OF NEW HAMPSHIRE | |
| | NAME OF SENTENCING JUDGE Honorable Joseph A. DiClerico, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/15/07 — TO 3/14/08 |

**OFFENSE**

Possession of Marijuana, in violation of 21 U.S.C. § 844

JUDGE CHIN

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEW HAMPSHIRE</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-11-07
Date

*/s/ Joseph A. DiClerico*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 16 2007
Effective Date

7-17-07
United States District Judge

RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York