**07 CRIM. 641**

| | | | |
|---|---|---|---|
| TO: | Jim Molinelli, Miscellaneous Clerk | OFFENSE: | Possession of Marijuana; 21 USC 844 A Class A Misdemeanor |
| FROM: | Kyle D. Crayton Sr. U.S. Probation Officer | ORIGINAL SENTENCE: | Time Served, followed by one year supervised release. |
| RE: | Warren, Leonard | SPECIAL CONDITIONS: | Drug testing and treatment, search and seizure, $25 special assessment |
| DOCKET #: | 06-CR-108-03-JD | AUSA: | To be assigned |
| | | DEFENSE: | To be assigned |
| DATE OF SENTENCE: | March 15, 2007 | MED: | March 14, 2008 |
| DATE: | July 3, 2007 | | |

ATTACHMENTS:   PSI _X_  JUDGMENT _X_  PREVIOUS REPORTS    VIOLATION PETITION

REQUEST FOR:    WARRANT ___    SUMMONS ___    COURT DIRECTION _X_

---

### REQUEST FOR ACCEPTANCE OF JURISDICTION

Leonard Warren was sentenced in the District of New Hampshire on March 15, 2007, as outlined above. He was released from custody on March 15, 2007, to commence his supervised release term. On June 11, 2007, the District of New Hampshire initiated a transfer of jurisdiction with their Court, given Warren's residence and ties to the Southern District of New York.

Attached please find Probation Form 22 signed on June 11, 2007, by the Honorable Joseph A. DiClerico, Jr., U.S. District Judge for the District of New Hampshire, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.



**RECOMMENDATION:**

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached forms (Prob 22), be endorsed and returned to our office.

                                                    Respectfully Submitted:

                                                    Chris J. Stanton
                                                    Chief U.S. Probation Officer

                                      By: _____
                                                  Kyle D. Crayton
                                                  Sr. U.S. Probation Officer
                                                  (212) 805-5154

Approved by: _____ 7/3/07
                 Enid Febus       Date
                 Supervising U.S. Probation Officer