Warren, Leonard
07CR641-(DC)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2008
```

*Judicial Response*

THE COURT ORDERS:

[✓] The Issuance of a Summons
    The Offender is directed to appear as follows:

    Date: February 20, 2008
    Time: 2:30
    Place: 500 Pearl St., Courtroom 11A

[ ] The Issuance of a Warrant
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Other

_____
Signature of Judicial Officer

2/6/08
Date

(Rev. eVOP 12/06/07)