Probation Form No. 35

(1/92)

Order Terminating Supervised Release

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2008

UNITED STATES OF AMERICA

vs.

Crim. No.: 07CR641(DC)

WARREN, LEONARD

On May 22, 2008, the Court agreed to withdraw the violation specifications filed against Leonard Warren and terminate supervised release.

Respectfully submitted,

_____
Kyle D. Crayton
Sr. U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above, it is ordered that supervised release be terminated as stated above.

Date this 5th day of June, 2008.

_____
Honorable Denny Chin
U.S. District Judge